United States District Court
Southern District of Texas
**ENTERED**
September 24, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ryan Yanaway, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4557 |
| | § | |
| Assetcare, LLC, et al, | § | |
|     Defendants. | § | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on September 23, 2019 (docket entry no. 24), this action is hereby **DISMISSED** with prejudice as to Plaintiff Ryan Yanaway's claims against Defendants AssetCare, LLC and CF Medical, LLC and without prejudice as to the claims of unnamed putative class members.

**SIGNED** at Houston, Texas, on this 24th day of September, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE